UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DENNIS R. MCCONNELL,                    )
                                        )    No.  CV-08-3026-CI
                Plaintiff,              )
                                        )
v.                                      )    ORDER GRANTING STIPULATED
                                        )    MOTION FOR REMAND PURSUANT
MICHAEL J. ASTRUE,                      )    TO SENTENCE FOUR OF 42
Commissioner of Social                  )    U.S.C. 405(g)
Security,                               )
                                        )
                Defendant.              )

     BEFORE THE COURT is the parties' stipulated Motion for remand
of the above-captioned matter to the Commissioner for additional
administrative proceedings. (Ct. Rec. 19.)   The parties have
consented to proceed before a magistrate judge.  (Ct. Rec. 8.)
After considering the stipulation of the parties,

     **IT IS ORDERED:**

     1.   The parties' stipulated Motion for Remand **(Ct. Rec. 19)** is
**GRANTED.**  The above-captioned case shall be **REVERSED** and **REMANDED** to
the Commissioner of Social Security for further administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).   On
remand, the administrative law judge (ALJ) will address and explain
the weight given to Dr. Newkirk's entire assessment (Tr. 141-46);
the ALJ will further consider Plaintiff's residual functional

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

capacity, providing the specific degree of limitation in the various work-related activities and citing evidence from the record in support of the ALJ's findings; and the ALJ will obtain supplemental vocational expert testimony.

2.   Plaintiff's pending Motion for Summary Judgment (**Ct. Rec. 13**) is dismissed as moot.

3.   Judgment shall be entered for the **PLAINTIFF**.

4.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED November 10, 2008.


                        S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2