UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 10 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

DENNIS R. McCONNELL,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-08-3026-CI

**JUDGMENT IN A CIVIL CASE**

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 10th day of November, 2008.

          JAMES R. LARSEN
          District Court Executive/Clerk

          By: _____
              Deputy Clerk

cc: all counsel